# Court of Appeals
# of the State of Georgia

ATLANTA,  December 02, 2019

*The Court of Appeals hereby passes the following order:*

**A20A0519.  WANDA HUTCHESON v. LOYAL WILSON.**

This case began as a dispossessory proceeding in magistrate court and was transferred to state court.  In May 2019, the trial court granted partial summary judgment to the plaintiff, and defendant Wanda Hutcheson filed a notice of appeal. The trial court issued an order staying the case pending appeal, noting that Hutcheson's counterclaim remained pending. We dismissed Hutcheson's appeal from the May 2019 order as untimely. See Case No. A19A2470 (Order of August 1, 2019). Then, on September 3, 2019, the trial court issued several orders, none of which appear to resolve the counterclaim.  Hutcheson filed this direct appeal, seeking review of "the order" entered on September 3.  We lack jurisdiction because the case remains pending below.

Our review of the record reveals that Hutcheson's counterclaim remains pending in the trial court.  Consequently, Hutcheson was required to use the interlocutory appeal procedures – including obtaining a certificate of immediate review from the trial court – to appeal the trial court's order of September 3.  See OCGA § 5-6-34 (b); *Boyd v. State*, 191 Ga. App. 435 (383 SE2d 906) (1989). Hutcheson's failure to do so deprives us of jurisdiction over this appeal, which is hereby DISMISSED.  See *Bailey v. Bailey*, 266 Ga. 832, 833 (471 SE2d 213) (1996).



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,* __12/02/2019__
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ , *Clerk.*